**Order entered October 19, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01122-CV

### CIA BABIY, Appellant

### V.

### RAMZI MORGAN KELLEY, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04069-2015**

## ORDER

Before the Court is the October 17, 2017 request of court reporter Destiny M. Moses for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by Monday, November 27, 2017.

/s/ CAROLYN WRIGHT
    CHIEF JUSTICE